Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FOSTER and VICTORIA FOSTER<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:18-CV-00485-KJM-CKD<br><br>ORDER APPROVING MODIFICATION OF STATUS PRETRIAL SCHEDULING ORDER |

FOR GOOD CAUSE APPEARING, the court orders the Pretrial Scheduling Order to be modified as follows:

    a.    Discovery: Discovery shall be completed by **September 17, 2019.**

    b.    Expert Discovery: Expert witnesses shall be disclosed no later than **October 7, 2019**. The parties shall submit rebuttal lists of expert witnesses by **October 28, 2019**. All expert discovery shall be completed by **November 26, 2019**.

    c.    Dispositive Motions: Dispositive motions shall be heard no later than **December 20, 2019**.

/ / /

/ / /

/ / /

It is so ordered.

DATED: April 2, 2019.

_____
UNITED STATES DISTRICT JUDGE